# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1224

_____

Martha Tambala,                                 *
                                                *
            Petitioner,                         *
                                                *   Petition for Review of an
      v.                                        *   Order of the
                                                *   Board of Immigration Appeals.
Eric H. Holder, Jr., Attorney General           *
of the United States,                           *   [UNPUBLISHED]
                                                *
            Respondent.                         *

_____

Submitted: September 30, 2011
Filed: October 5, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Martha Tambala, a native and citizen of Malawi, petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT). We lack jurisdiction to review the determination that the asylum application was barred as untimely filed. See 8 U.S.C. § 1158(a)(3); Manani v. Filip, 552 F.3d 894, 899-900 (8th Cir. 2009). After careful review, we conclude the denial of withholding of removal and denial of CAT relief are supported by substantial evidence in the record. See Manani, 552 F.3d at 900-04. Accordingly, we deny the petition for review.

_____